In the Matter of Proving the Last Will and Testament of WILLIAM C. HARRIS, Deceased. MABEL HARRIS MORPHY, Appellant; FRANK W. CRANDALL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

RUSSEL S. JOHNSON, Appellant, v. JAMES H. WHALEY and THE CITY OF ROME, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

DOUGLAS R. CLARKSON, Respondent, v. AMERICAN AND BRITISH MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

THOMAS PAGE, Respondent, v. NATHAN YOHALEM and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

WILLIAM H. EDWARDS and Others, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote and Lambert, JJ., who dissented and voted for affirmance as to the defendant Stein, and for reversal as to the People of the State of New York.

LEONARD O. OWENS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

AMBROSE W. BODLE, Respondent, v. AUTOMATIC TRANSPORTATION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

NANCY M. LEWIS, Respondent, v. HOMER E. WILSON, Appellant.— Judgment and order affirmed, with costs. All concurred.

ORVILLE H. SMITH, Respondent, v. DANIEL MILLER, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented upon the grounds: *First*, that the plaintiff failed to establish any title to the premises; *second*, that the plaintiff failed to show possession; *third*, that the verdict is grossly excessive.

In the Matter of the Application of CHARLES L. BROOKS, to Review the Action of the Inspectors of Primary Election of the Town of Edinburgh, in the County of Saratoga, N. Y., at the Republican Primary Election, Held September 19, 1917, etc.— Order affirmed, without costs, upon the grounds stated in the opinion of Whitmyer, J. (101 Misc. Rep. 715). All concurred.

VINCENZO MARRONE, Appellant, v. GEORGE RONCORONI, Respondent.— Judgment and order affirmed, with costs. All concurred.

FRANK L. HERMANN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the ground that the plaintiff was guilty of contributory negligence as matter of law. All concurred, except Kruse, P. J., who dissented and voted for affirmance.